

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00671-CR

Luis Alfredo **SERVIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5175
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 24, 2019.

Liza A. Rodriguez, Justice